UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mohamed Abdalla Mahmoud,

             Plaintiff

v.

Jeffery Holz, et al.,

             Defendants

Case No. 2:26-cv-00468-CDS-EJY

**Order Confirming Voluntary
Dismissal and Closing Case**

[ECF No. 5]

Plaintiff Mohamed Mahmoud filed a motion to dismiss this action, arguing that it is duplicative of his lawsuit styled *Mahmoud v. Jeffery*, Case No. 3:25-cv-00040-ART-CLB (D. Nev.), which was recently reopened on his motion. ECF No. 5. Mahmoud's dismissal motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

I therefore order that the motion to dismiss [ECF No. 5] is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

I further order that Mahmoud's application to proceed *in forma pauperis* **[ECF Nos. 1, 4]** and his motion for excess pages **[ECF No. 1-1] are denied as moot**.

The Clerk of the Court is kindly directed to close this case.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge